AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Richard A. Erickson
Plaintiff,

v.

Alhaji Umar Yar'Adua
et. Al.,
Respondent

**SUMMONS IN A CIVIL CASE**

CASE

AMD 08 CV 1348

TO: (Name and address of Defendant)

Alhaji Umar Yar'Adu
Nigerian Embassy
Washington D.C. 20008

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard A. Erickson, of 1303 Montclair Dr.
Pasadena Maryland 21122

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.** Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon
CLERK

(By) DEPUTY CLERK

DATE  6/25/08

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Richard A. Erickson

V.

Alhaji Umar Musa Yar'Adua et. Al

Respondent(s)

**SUMMONS IN A CIVIL CASE**

CASE

AMD 08 CV 1348

TO: (Name and address of Defendant)

Johnathan Goodluck
Nigerian Embassy
Washington D.C. 20008

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard A. Erickson
1303 Montclair Drive
Pasadena Maryland 21122

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.** Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon
CLERK

(By) DEPUTY CLERK

DATE  6/25/08

◎AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Richard A. Erickson
Plaintiff,

v.

Alhaji Umar Musa Yar'Adua
Respondent(s).

**SUMMONS IN A CIVIL CASE**

CASE **AMD 08 CV 1348**

TO: (Name and address of Defendant)

Dr. Chukwuma Charles Soludo – CBN
Nigerian Embassy
Washington D.C. 20008

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard A. Erickson
1303 Montclair Drive
Pasadena Maryland 21122

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.** Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon
CLERK

(By) DEPUTY CLERK

DATE  6/25/08

≈AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

## UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

Richard A. Erickson
Plaintiff,

V.

Alhaji Umar Muaa Yar' Adua
Respondent(s).

CASE

**SUMMONS IN A CIVIL CASE**

AMD 08 CV 1348

TO: (Name and address of Defendant)

Mr. Tunde Lemo - CBN
Nigerian Embassy
Washington D.C. 21122

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard A. Erickson
1303 Montclair Drive
Pasadena Maryland 21122

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.**
Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon
CLERK

(By) DEPUTY CLERK

DATE  6/25/08

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Richard A. Erickson,
Plaintiff,

v.

Alhaji Umar Musa Yar'Adua
Respondent(s).

CASE

**SUMMONS IN A CIVIL CASE**

AMD 08 CV 1348

TO: (Name and address of Defendant)

Mr. Peter Obi - CBN
Nigerian Embassy
Washington D.C. 20008

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard A. Erickson
1303 Montclair Drive
Pasadena Maryland 21122

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.** Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon
CLERK

(By) DEPUTY CLERK

DATE 6/25/08

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

Richard A. Erickson
Plaintiff
v.

Alhaji Umar Musa Yar' Adua
Respondents
et. Al.

**SUMMONS IN A CIVIL CASE**

CASE

AMD 08 CV 1348

TO: (Name and address of Defendant)

Dr. Ernest Ebi - CBN
Nigerian Embassy
Washington D.C. 20008

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard A. Erickson
1303 Montclair Drive
Pasadena Maryland 21122

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.** Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon
CLERK

(By) DEPUTY CLERK

DATE 6/25/08

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Richard A. Erickson
Plaintiff

V.

Alhaji Umar Musa Yar'Adua
et. al.
Respondent(s)

**SUMMONS IN A CIVIL CASE**

CASE

AMD08CV1348

TO: (Name and address of Defendant)

Economic Financial Crimes Commission
Mallum Nuhu Ribadu
Nigerian Embassy
Washington D.C. 20008

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard A. Erickson
1303 Montclair Drive
Pasadena Maryland 21122

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.** Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon
CLERK

(By) DEPUTY CLERK

DATE  6/25/08

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Richard A. Erickson,
Plaintiff,

V.

Alhaji Umar Musa Yar Adua,
et. Al.
Respondent(s)

CASE

**SUMMONS IN A CIVIL CASE**

AMD08CV1348

TO: (Name and address of Defendant)

Mrs. Neda Usman
Ministry of Finance
Nigerian Embassy
Washington D.C. 20008

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard A. Erickson
1303 Montclair Drive
Pasadena Maryland 21122

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.** Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon
CLERK

(By) DEPUTY CLERK

DATE  6/25/08