⍟AO 440  (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

**RICHARD ALAN ERICKSON**
**Plaintiff**

V.

**SUMMONS IN A CIVIL CASE**

CASE  **08CV-1348**

TO: (Name and address of Defendant)

**PRESIDENT ALHAJI UMAR MUSA
YAR' ADUA OF FRN, Office of the
Presidency Federal Republic Nigeria
ASO ROCK VILLA, Fct. ABUJA Nigeria
Defendant**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**RICHARD ALAN ERICKSON
1303 MONTCLAIR DRIVE
PASADENA MARYLAND USA 21122
Tel: USA 707 761 0493
Fax: USA 443 305 2089**

an answer to the complaint which is herewith served upon you, within     **SIXTY (60)**     days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon                                              7/28/08
CLERK                                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

**RICHARD ALAN ERICKSON**
Plaintiff

V.

**SUMMONS IN A CIVIL CASE**

CASE  **08CV-1348**

TO: (Name and address of Defendant)

**VICE-PRESIDENT JOHNATHAN GOOD LUCK
OF FRN, Office of the Vice-President Federal
Republic Nigeria
ASO ROCK VILLA, Fct. ABUJA Nigeria
Defendant**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**RICHARD ALAN ERICKSON
1303 MONTCLAIR DRIVE
PASADENA MARYLAND USA 21122
Tel: USA 707 761 0493
Fax: USA 443 305 2089**

an answer to the complaint which is herewith served upon you, within   **SIXTY (60)**   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon                                                                 7/28/08
_____                      _____
CLERK                                                                                  DATE

_May C Boyle_
_____
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

**RICHARD ALAN ERICKSON**
**Plaintiff**

V.

**SUMMONS IN A CIVIL CASE**

CASE  **08CV-1348**

TO: (Name and address of Defendant)

**Dr. CHUKWUMA CHARLES SOLUDO**
**GOVERNOR CENTRAL BANK OF NIGERIA**
**Samuel Ladoke Akintoia Way**
**GARKI, ABUJA – NIGERIA**
**Defendant**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**RICHARD ALAN ERICKSON**
**1303 MONTCLAIR DRIVE**
**PASADENA MARYLAND USA 21122**
**Tel: USA 707 761 0493**
**Fax: USA 443 305 2089**

an answer to the complaint which is herewith served upon you, within _____**SIXTY (60)**_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

*Mary C. Boyle*
(By) DEPUTY CLERK

7/28/08
DATE

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

**RICHARD ALAN ERICKSON**
  Plaintiff

V.

**SUMMONS IN A CIVIL CASE**

CASE  **08CV-1348**

TO: (Name and address of Defendant)

**TUNDE LEMO of FINANCIAL SURVELILANCE UNIT
CENTRAL BANK OF NIGERIA
Samuel Ladoke Akintoia Way
GARKI, ABUJA – NIGERIA**
  **Defendant**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**RICHARD ALAN ERICKSON
1303 MONTCLAIR DRIVE
PASADENA MARYLAND USA 21122
Tel: USA 707 761 0493
Fax: USA 443 305 2089**

an answer to the complaint which is herewith served upon you, within ____**SIXTY (60)**____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon                                                                 7/28/08
CLERK                                                                                  DATE

_Mary C. Boyle_
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

**RICHARD ALAN ERICKSON**
**Plaintiff**

V.

**SUMMONS IN A CIVIL CASE**

CASE **08CV-1348**

TO: (Name and address of Defendant)

**PETER OBI of CENTRAL BANK OF NIGERIA**
**Samuel Ladoke Akintoia Way**
**GARKI, ABUJA – NIGERIA**
**Defendant**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**RICHARD ALAN ERICKSON**
**1303 MONTCLAIR DRIVE**
**PASADENA MARYLAND USA 21122**
**Tel: USA 707 761 0493**
**Fax: USA 443 305 2089**

an answer to the complaint which is herewith served upon you, within  **SIXTY (60)**  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon                                                                                       7/28/08
CLERK                                                                                                           DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

**RICHARD ALAN ERICKSON**
**Plaintiff**

V.

**SUMMONS IN A CIVIL CASE**

CASE  **08CV-1348**

TO: (Name and address of Defendant)

**DR. ERNEST EBI of CENTRAL BANK OF NIGERIA**
**Samuel Ladoke Akintoia Way**
**GARKI, ABUJA – NIGERIA**
**Defendant**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**RICHARD ALAN ERICKSON**
**1303 MONTCLAIR DRIVE**
**PASADENA MARYLAND USA 21122**
**Tel: USA 707 761 0493**
**Fax: USA 443 305 2089**

an answer to the complaint which is herewith served upon you, within _____**SIXTY (60)**_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon                                            7/28/08
CLERK                                                        DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

**RICHARD ALAN ERICKSON**
**Plaintiff**

V.

**SUMMONS IN A CIVIL CASE**

CASE   **08CV-1348**

TO: (Name and address of Defendant)

**MALLUM NUHU RIBADU in the care of:**
**Mrs. FARIDA MZANBER WAZIRI**
**CHAIRWOMAN of ECONOMIC FINANCIAL CRIMES COMMISSION**
**FEDERAL REPUBLIC NIGERIA, No. 5 FOMELLA STREET, OFF**
**ADETOKUNBO ADEMOLA CRESCENT, WUSE II   ABUJA – NIGERIA**
**Defendant**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**RICHARD ALAN ERICKSON**
**1303 MONTCLAIR DRIVE**
**PASADENA MARYLAND USA 21122**
**Tel: USA 707 761 0493**
**Fax: USA 443 305 2089**

an answer to the complaint which is herewith served upon you, within   **SIXTY (60)**   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon                                                     7/28/08
CLERK                                                                  DATE

*Mary C Boyle*
(By) DEPUTY CLERK

⊗AO 440  (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF MARYLAND

**RICHARD ALAN ERICKSON**
**Plaintiff**

V.

**SUMMONS IN A CIVIL CASE**

CASE  **08CV-1348**

TO: (Name and address of Defendant)

**NEDA USMAN OF FEDERAL MINISTRY OF FINANCE**
**MINISTRY OF FINANCE COMPLEX**
**AHMADU BELLO WAY, CBD AREA**
**GARKI, ABUJA – NIGERIA**
**Defendant**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**RICHARD ALAN ERICKSON**
**1303 MONTCLAIR DRIVE**
**PASADENA MARYLAND USA 21122**
**Tel: USA 707 761 0493**
**Fax: USA 443 305 2089**

an answer to the complaint which is herewith served upon you, within   **SIXTY (60)**   days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon                                              7/28/08
CLERK                                                           DATE

*Mary C. Bayle*
(By) DEPUTY CLERK