IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RICHARD ALAN ERICKSON, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | Civil No. AMD 08-1348 |
| | : | |
| ALHAJI UMAR MUSA YAR ADUA, et al., | : | |
|     Defendants | : | |

...o0o...

ORDER

For good and sufficient reasons as reflected in defendants' status report filed this date, it is this 1st day of June, 2009, by the United States District Court for the District of Maryland ORDERED:

(1)   That the request to extend time is GRANTED IN PART; and it is further ORDERED

(2)   That the deadline for discovery is EXTENDED to July 17, 2009; and it is further ORDERED

(3)   That the due date for dispostive motions is EXTENDED to August 21, 2009; and it is further ORDERED

(4)   The Clerk shall MAIL a copy of this Order to plaintiff.

                                                      /s/
                                        ANDRE M. DAVIS
                                        United States District Judge