IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE MARYLAND

Richard Alan Erickson, also known as Tara Erickson,

Plaintiff,

vs.

ALHAJI UMAR MUSA YAR ADUA, et al.,

Defendants.

Civil Action No. AMD 08-1348

**STIPULATION AND
ORDER OF DISMISSAL
WITH PREJUDICE**

\* \* \* \* \*

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that, pursuant to Fed. R. Civ. P. 41(a), this action, including, but not limited to, all claims asserted against all the defendants, Current President of the Federal Republic of Nigeria Alhaji Umar Musa Yar'Adua, Current Vice President of the Federal Republic of Nigeria Dr. Goodluck Jonathan, Governor of the Central Bank of Nigeria Dr. Chukwuma Charles Soludo, Deputy Director of Central Bank of Nigeria Financial Crimes Surveillance Unit Mr. Tunde Lemo, Mr. Peter Obi of the Central Bank of Nigeria, Dr. Ernest Ebi, Former Minister of Finance of the Federal Republic of Nigeria Mrs. Neda Usman, Economic and Financial Crimes Commission of the Federal Republic of Nigeria and Former Chairman of Economic Financial Crimes Commission Mallum Nuhu Ribadu, in their individual and representative capacities, (collectively Defendants) are hereby, dismissed WITH PREJUDICE and without costs or attorneys fees by any party against the other.

Defendants, individually and in their respective capacities, agree not to bring any future legal action against Plaintiff for any reason related to the filing of Plaintiff's Complaint and release Plaintiff from any claims as may or could arise relating to the filing of Plaintiff's Complaint.

Plaintiff further releases all claims that are, were, or could have been alleged relating to, concerning or arising out of the transactions described in Plaintiff's Complaint with respect to the Federal Republic of Nigeria, its agencies and instrumentalities, and the Central Bank of Nigeria and their officers, directors, agents and employees.

This Stipulation and Order may be signed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

Dated: June 12, 2009

_____
Richard A. Erickson a/k/a Tara Erickson
Plaintiff Pro Se
1303 Montclair Drive
Pasadena, MD 21122
Tel. (443) 305-2048

_____
Priscilla A. Rainie Donovan
(Bar No. 27031)
DONOVAN & RAINIE, LLC
20 South Charles Street,
Baltimore, Maryland 21201
Tel. (410) 685-8800

-and-

_____
David H. Fromm
Attorney *Pro Hac Vice*
BROWN GAVALAS & FROMM LLP
355 Lexington Avenue
New York, New York 10017
Tel. (212) 983-8500

Attorneys for Defendants

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

2